UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMIE WARSINSKI,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

Case No. 13-14136

Honorable Nancy G. Edmunds

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [25], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [22], AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [17]**

This matter comes before the Court on the Magistrate Judge's Report and Recommendation [ECF No. 25].  Being fully advised in the premises and having reviewed the record and the pleadings, including the Report and Recommendation,[1] in accordance with 28 U.S.C. § 636(b)(1), the Court hereby ACCEPTS AND ADOPTS the Magistrate Judge's Report and Recommendation.  It is further ordered that Plaintiff's motion for summary judgment [ECF No. 22] is DENIED, Defendant's motion for summary judgment [ECF No. 18] is GRANTED, the findings of the Commissioner are AFFIRMED, and the case is hereby DISMISSED.

    SO ORDERED.

---

[1]Timely objections were not filed.

          s/Nancy G. Edmunds
          Nancy G. Edmunds
          United States District Judge

Dated: December 9, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 9, 2014, by electronic and/or ordinary mail.

          s/Carol J. Bethel
          Case Manager